UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| VEGAS PROPERTY SERVICES, INC., | Case No. 2:16-CV-01875-APG-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| ALESSI & KOENIG, LLC; DESERT SHORES RACQUET CLUB HOMEOWNERS ASSOCIATION; WILLIAM RICHARD COLEMAN; THELMA COLEMAN; FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION, | |
| Defendants. | |

Before the Court is the Stipulation and Order to Continue Hearing filed by Vegas Property Services, Inc. ("VSPI") and Federal National Mortgage Association ("Fannie Mae"). ECF No. 41. However, these are not the only two parties to this dispute. Desert Shores Racquet Club Homeowners Association, William Richard Coleman, Thelma Coleman, and First American Trustee Servicing Solutions, LLC remain named Defendants in this matter. There is no stay or dismissal applicable to any of these parties.

Accordingly,

IT IS HEREBY ORDERED that, the hearing set for December 23, 2019 is VACATED and reset for January 14, 2020 at 10:00 am in Courtroom 3C. **All parties must be present.**

IT IS FURTHER ORDERED that VSPI shall mail a copy of this Order to the last known addresses for Defendants Desert Shores Racquet Club Homeowners Association, William Richard Coleman, Thelma Colemen, and First American Trustee Servicing Solutions, LLC.

DATED: December 16, 2019

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE