CHRISTOPHER V. YERGENSEN, ESQ.
Nevada Bar No. 6183
395 Gatlinburg Court
Henderson, Nevada 89012
Telephone:  (702) 303-4688
E-Mail:  chrisyerg@gmail.com
*Attorney for Plaintiff, Vegas Property Services, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| VEGAS PROPERTY SERVICES, INC., <br><br> Plaintiff, <br> vs. <br><br> ALESSI & KOENIG, LLC; DESERT SHORES RACQUET CLUB HOMEOWNERS ASSOCIATION; WILLIAM RICHARD COLEMAN; THELMA COLEMAN; FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION, <br><br> Defendants. | Case No.: 2:16-cv-01875-APG-EJY <br><br> **STIPULATION AND ORDER TO CONTINUE HEARING** |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, <br><br> Counterclaimant, <br> vs. <br><br> VEGAS PROPERTY SERVICES, INC., <br> Counter-Defendant. | |

Plaintiff/Counter-Defendant, Vegas Property Services, Inc. ("VPSI") and Defendant/Counterclaimant Federal National Mortgage Association ("Fannie Mae"), by and through their respective counsel of record, respectfully submit this stipulation and order to continue the hearing on the Joint Proposed Discovery Plan and Scheduling Order (ECF No. 39) currently scheduled for Tuesday, January 14, 2020 at 10:00 a.m. in LV Courtroom 3D before Magistrate Judge Elayna J. Youchah. Counsel for Plaintiff cannot make the hearing due to a family emergency that requires his attention, and has requested this stipulation to continue the hearing to a date not to exceed thirty (30) days as convenient for the court. This stipulation to continue the hearing is not intended to prejudicially delay this matter.

1

| | |
|---|---|
| DATED this 13th day of January, 2020. | DATED this 13th day of January, 2020. |
| WRIGHT, FINLAY & ZAK, LLP | CHRISTOPHER V. YERGENSEN, ESQ. |
| */s/ Christina V. Miller* | */s/ Christopher V. Yergensen* |
| Christina V. Miller, Esq. | Christopher V. Yergensen, Esq. |
| Nevada Bar No. 12448 | Nevada Bar No. 6183 |
| 7785 W. Sahara Ave., Suite 200 | 395 Gatlinburg Court |
| Las Vegas, NV 89117 | Henderson, NV 89012 |
| *Attorneys for Defendant/Counterclaimant* | *Attorney for Plaintiff/Counter-Defendant* |
| *Federal National Mortgage Association* | *Vegas Property Services, Inc.* |

**IT IS SO ORDERED** that the hearing on the Joint Proposed Discovery Plan and Scheduling Order (ECF No. 39) currently scheduled for Tuesday, January 14, 2020 at 10:00 a.m. in LV Courtroom 3D before Magistrate Judge Elayna J. Youchah is continued and moved to **January 24, 2020, at 10:00 am in LV Courtroom 3B** before Magistrate Judge Elayna J. Youchah.

Dated: January 13, 2020

_____
UNITED STATES MAGISTRATE JUDGE