CHRISTOPHER V. YERGENSEN, ESQ.
Nevada Bar No. 6183
395 Gatlinburg Court
Henderson, Nevada 89012
Telephone: (702) 303-4688
E-Mail: chrisyerg@gmail.com
*Attorney for Plaintiff, Vegas Property Services, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| VEGAS PROPERTY SERVICES, INC., <br><br> Plaintiff, <br> vs. <br><br> ALESSI & KOENIG, LLC; DESERT SHORES RACQUET CLUB HOMEOWNERS ASSOCIATION; WILLIAM RICHARD COLEMAN; THELMA COLEMAN; FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION, <br><br> Defendants. | Case No.: 2:16-cv-01875-APG-EJY <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION FOR SUMMARY JUDGMENT (FIRST REQUEST)** |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, <br><br> Counterclaimant, <br> vs. <br><br> VEGAS PROPERTY SERVICES, INC., <br> Counter-Defendant. | |

Plaintiff/Counter-Defendant, Vegas Property Services, Inc. ("VPSI") and Defendant/Counterclaimant Federal National Mortgage Association ("Fannie Mae"), by and through their respective counsel of record, respectfully submit this stipulation and order to continue the time for Plaintiff to respond to Defendant's Motion for Summary Judgement (ECF No. 46) currently due March 12, 2020. Counsel for Plaintiff has recently been dealing with a death in his family which has consumed his attention. Plaintiff requests a 10-day extension so that Plaintiff's response to be now due March 23, 2020.

///

1

| | |
|---|---|
| | |

This stipulation to extend the time to respond is not intended to prejudicially delay this matter.

| | |
|---|---|
| DATED this 13th day of March, 2020. | DATED this 13th day of March, 2020. |
| WRIGHT, FINLAY & ZAK, LLP | CHRISTOPHER V. YERGENSEN, ESQ. |
| /s/ Christina V. Miller | /s/ Christopher V. Yergensen |
| Christina V. Miller, Esq. | Christopher V. Yergensen, Esq. |
| Nevada Bar No. 12448 | Nevada Bar No. 6183 |
| 7785 W. Sahara Ave., Suite 200 | 395 Gatlinburg Court |
| Las Vegas, NV 89117 | Henderson, NV 89012 |
| *Attorneys for Defendant/Counterclaimant Federal National Mortgage Association* | *Attorney for Plaintiff/Counter-Defendant Vegas Property Services, Inc.* |

**IT IS SO ORDERED** that Plaintiff's Response to Defendant's Motion for Summary Judgment (ECF No. 46) due March 12, 2020, is extended and now due on March 23, 2020.

_____
UNITED STATES DISTRICT JUDGE
Dated: March 16, 2020.