CHRISTOPHER V. YERGENSEN, ESQ.
Nevada Bar No. 6183
395 Gatlinburg Court
Henderson, Nevada 89012
Telephone: (702) 303-4688
E-Mail: chrisyerg@gmail.com
*Attorney for Plaintiff, Vegas Property Services, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| VEGAS PROPERTY SERVICES, INC., <br><br> Plaintiff, <br> vs. <br><br> ALESSI & KOENIG, LLC; DESERT SHORES RACQUET CLUB HOMEOWNERS ASSOCIATION; WILLIAM RICHARD COLEMAN; THELMA COLEMAN; FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION, <br><br> Defendants. | Case No.: 2:16-cv-01875-APG-EJY <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION FOR SUMMARY JUDGMENT** <br> **(Second Request)** |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, <br><br> Counterclaimant, <br> vs. <br><br> VEGAS PROPERTY SERVICES, INC., <br> Counter-Defendant. | |

Plaintiff/Counter-Defendant, Vegas Property Services, Inc. ("VPSI") and Defendant/Counterclaimant Federal National Mortgage Association ("Fannie Mae"), by and through their respective counsel of record, respectfully submit this stipulation and order to continue the time for Plaintiff to respond to Defendant's Motion for Summary Judgment (ECF No. 46) currently due March 23, 2020. With the unprecedented chaos from the coronavirus, Plaintiff has been generally unavailable to provide communication to Counsel regarding the response to the Motion for Summary Judgment, as well as continue to provide settlement discussions with opposing counsel. Plaintiff requests (Second Request) a 10-day extension so that Plaintiff's response to be now due April 2, 2020.

1

This stipulation to extend the time to respond is not intended to prejudicially delay this matter.

DATED this 23rd day of March, 2020.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Christina V. Miller*
Christina V. Miller, Esq.
Nevada Bar No. 12448
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Defendant/Counterclaimant*
*Federal National Mortgage Association*

DATED this 23rd day of March, 2020.

CHRISTOPHER V. YERGENSEN, ESQ.

*/s/ Christopher V. Yergensen*
Christopher V. Yergensen, Esq.
Nevada Bar No. 6183
395 Gatlinburg Court
Henderson, NV 89012
*Attorney for Plaintiff/Counter-Defendant*
*Vegas Property Services, Inc.*

**IT IS SO ORDERED** that Plaintiff's Response to Defendant's Motion for Summary Judgment (ECF No. 46) due March 23, 2020, is extended and now due on April 2, 2020.

_____
UNITED STATES DISTRICT JUDGE
Dated: March 24, 2020.